IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Elie Villanueva,<br><br>　　　　Petitioner,<br><br>v.<br><br>JT Shartle,<br><br>　　　　Respondent. | No. CV-15-00494-TUC-RCC<br><br>**ORDER** |

Pending before the Court is Petitioner Robert Villanueva's Petition for Writ of Habeas Corpus (Doc. 1), and Magistrate Judge Velasco's Report and Recommendation ("R & R") (Doc. 15). For the following reasons, the Court shall adopt the R & R.

**Discussion**

The duties of the district court in connection with a R & R are set forth in Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1).

Where the parties object to an R & R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R & R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objection is filed, the district court need not review the R & R de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir.2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22

1  (9th Cir. 2003) (en banc). The Court will not disturb a magistrate judge's order unless his
2  factual findings are clearly erroneous or his legal conclusions are contrary to law. 28
3  U.S.C. § 636(b)(1)(A). "[T]he magistrate judge's decision…is entitled to great deference
4  by the district court." *United States v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir.
5  2001). A failure to raise an objection waives all objections to the magistrate judge's
6  findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object
7  to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety
8  of finding waiver of an issue on appeal." *Id*. (internal citations omitted).

9      Here, the parties have not objected to the R & R, which relieves the Court of its
10 obligation to review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.
11 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1) ] does not ...
12 require any review at all ... of any issue that is not the subject of an objection.");
13 Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the
14 magistrate judge's disposition that has been properly objected to."). This Court considers
15 the R & R to be thorough and well-reasoned. After a thorough and de novo review of the
16 record, the Court accepts adopts Magistrate Judge D. Velasco's R & R.

17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Velasco's Report and Recommendation is **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court. Doc. 15

**IT IS FURTHER ORDERED** that Robert Villanueva's Petition for Writ of Habeas Corpus is **denied.** Doc. 1.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close the case.

Dated this 21st day of March, 2017.

_Raner C. Collins_
Raner C. Collins
Chief United States District Judge